# THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | * * * | MDL No. 2804 |
| This document relates to: | * * | Case No. 1:17-md-2804 |
| CLHG-ACADIAN, LLC, ET AL V. PURDUE PHARMA, L.P., ET AL Case No. 1:19-op-45626 | * * * | JUDGE DAN AARON POLSTER |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), the Plaintiffs, CLHG-Acadian, LLC, et al, hereby gives notice that it is voluntarily dismissing the above-captioned action against all Defendants, without prejudice.

Date:   February 9, 2023

                    Respectfully submitted,

                    /s/ *Ralph R. Alexis III*
                    Ralph R. Alexis III (LA Bar No. 02379)
                    Glenn B. Adams (LA Bar No. 02316)
                    **PORTEOUS, HAINKEL AND JOHNSON, LLP**
                    704 Carondelet Street
                    New Orleans, LA  70130
                    Phone:  (504) 581-3838
                    Facsimile:  (504) 581-4069
                    ralexis@phjlaw.com
                    gadams@phjlaw.com

        **LOWE, STEIN, HOFFMAN,**
          **ALLWEISS & HAUVER, LLP**

*/s/ Mark S. Stein*
Mark S. Stein (LA Bar No. 12428)
Michael R. Allweiss (LA Bar No. #2425)
701 Poydras Street, Suite 3600
New Orleans, Louisiana
Telephone:(504) 581-2450
Facsimile: (504) 581-2461
Mstein@lowestein.com
mallweiss@lowestein.com

*/s/ Craig L. Williams*
Lucien Marioneaux, Jr. (LA Bar No. 25784)
Craig L. Williams (LA Bar No. 27325)
**MARIONEAUX & WILLIAMS, L.L.C**
1201 Hawn Avenue
Shreveport, Louisiana 71107
Phone: (318) 963-5980
Facsimile: (318) 963-5981
lucien@mandwlegal.com
craig@mandwlegal.com

*/s/ Lauren Z. Curry*
Lauren Z. Curry (No. 30123)
**SHERRARD ROE VOIGT & HARBISON, PLC**
150 Third Avenue South, Suite 1 100
Nashville, Tennessee 37201
Phone: (615)742-4200
lcurry@srvhlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Voluntary Dismissal has been served electronically via the Court's ECF system, and via email on the 9th day of February, 2023.

        /s/ *Ralph R. Alexis III*
        Ralph R. Alexis III

4890-6304-7500, v. 1